*Victor Levine* and *Albert E. Campbell* for appellant.
*Lewis C. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

In the Matter of the Claims of CARMINE CAMARDELLA et al., Appellants; DAVID BISNOFF, Doing Business as BISNOFF GARMENT COMPANY, Employer. EDWARD CORSI, as Industrial Commissioner, Respondent.

Argued June 14, 1946; decided July 23, 1946.

*Normington Schofield* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER GROSS, Appellant, against WILLIAM A. ADAMS, as Warden of City Prison, Respondent.

Argued May 20, 1946; decided July 23, 1946.